**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 31, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00988-CV

## IN RE C.Z., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**505th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-216939**

---

## MEMORANDUM OPINION

On December 13, 2019, relator C.Z. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable David Perwin, presiding judge of the 505th District Court of Fort Bend County, to set aside his December 5, 2019 order denying relator's motion to dismiss the petition to modify filed by real party in interest.

Relator has not shown that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for emergency relief.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.